| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _D. Brown_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): _Brown_  C. Date of Delivery: 7/5/07 |
| 1. Article Addressed to:<br>Flowers Baking Co., of Opelika, LLC,<br>c/o CSC-Lawyers Incorporating Svc Inc<br>150 South Perry St.<br>Montgomery, AL 36117 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:07CV617<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0001 7561 2079 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540