## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CHARLES MORROW, et al.** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**FLOWERS FOODS, INC., et al.,** )<br>)<br>**Defendants.** ) | Civil Action No.: 3:07-cv-617-ID-TFM |

### MOTION FOR ADMISSION PRO HAC VICE

The undersigned counsel of record for individual and representative plaintiffs, who is admitted to practice before the United States District Court for the Middle District of Alabama, respectfully moves for the admission, *pro hac vice*, of Joseph P. Guglielmo as additional counsel for individual and representative plaintiffs, who is admitted to practice in the highest court in the state of New York. The applicant's address is: Whatley Drake & Kallas, LLC, 1540 Broadway, 37th Floor, New York, New York 10036. The applicant's phone number is (212) 447-7070. A Certificate of Good Standing for the attorney named above is attached hereto, and the requisite fee is also submitted herewith.

Dated: July 18, 2007                    Respectfully submitted,

                                        WHATLEY DRAKE & KALLAS, LLC


                                        /s/ Joe R. Whatley, Jr.
                                        Joe R. Whatley, Jr.
                                        Amy Weaver
                                        2001 Park Place North
                                        Suite 1000
                                        Birmingham, Alabama 35203
                                        205.328.9576 – telephone
                                        205.328.9669 - facsimile

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Greg L. Davis
THE LAW OFFICES OF GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117

Kirk Wood
LAW OFFICES OF ARCHIE LAMB
2017 2nd Avenue North
Birmingham, Alabama 35201

and I hereby certify that I have mailed by U.S. Postal Service the document to the follow non-CM/ECF participant:

Joseph P. Guglielmo
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, New York 10036

and I certify that I have mailed by U.S. Post Service the filing fee and original Certificate of Good Standing regarding this document.

/s/ Joe R. Whatley, Jr.

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____ , Clerk of this Court, certify that

_____JOSEPH   PETER   GUGLIELMO_____   Bar # _____JG2447_____

was duly admitted to practice in this Court on

_____MAY   9th,   1997_____ , and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York            on   JULY   10th,   2007

**J. MICHAEL McMAHON**
Clerk

by: _____
Deputy Clerk