IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, individually and on behalf of other similarly situated employees, and MICHAEL OVERTON, individually and on behalf of other similarly situated employees, )<br><br>  Plaintiffs, )<br><br>  v. )<br><br>FLOWERS FOODS, INC., and FLOWERS BAKING COMPANY OF OPELIKA, L.L.C. )<br><br>  Defendants. ) | CIVIL ACTION NO.<br>3:07cv617-MHT |

### ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 4) is granted.

DONE, this the 19th day of July, 2007.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE