IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CHARLES MORROW and MICHAEL OVERTON, Individually and on behalf of similarly situated employees,** )<br>)<br>)<br>) | |
| **Plaintiffs,** ) | **CIVIL ACTION NO: 3:07-CV-617-ID** |
| )<br>**v.** )<br>) | |
| **FLOWERS FOODS, INC., FLOWERS BAKING CO., OF OPELIKA, LLC,** )<br>)<br>) | |
| **Defendants.** ) | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

In accordance with the order of this Court, Defendants Flowers Foods, Inc. and Flowers Baking Co. of Opelika, LLC, do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtors, creditor' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The direct parent of Flowers Baking Co. of Opelika, LLC, is Flowers Foods Bakeries Group, LLC. The parent of Flowers Foods Bakeries Group, LLC is Flowers Foods, Inc.

Flowers Foods, Inc. has no parent company.

The affiliates are listed on the attachment, marked as Exhibit "A".

Dated this 23rd day of July, 2007.

                                                                    /s/Sandra B. Reiss
Sandra B. Reiss
Alabama Bar No. ASB-3650-S80S
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
e-mail:  Sandra.Reiss@odnss.com
Ph.  (205) 328-1900; Fax:  (205) 328-6000
*Attorney for Defendants, Flowers Foods, Inc. and Flowers Baking Co. Of Opelika, LLC*

**CERTIFICATE OF SERVICE**

      I do hereby certify that I electronically filed the foregoing Defendants' Corporate Disclosure Statement with the Middle District Court's ECF system on this 23rd day of July, 2007, which will forward the same via electronic notice to counsel for Plaintiff, as follows:

    Greg L. Davis, Esq.
    The Law Offices of Greg L. Davis
    6987 Halcyon Park Drive
    Montgomery, AL 36117

    Joe R. Whatley, Jr., Esq.
    Whatley Drake & Kallas, LLC
    2001 Park Place North
    Suite 1000
    Birmingham, Alabama 35203

    Joseph P. Guglielmo, Esq.
    Whatley Drake & Kallas, LLC
    1504 Broadway, 37th Floor
    New York, New York 10036

I further certify that a true and correct copy was sent via First Class, U.S. Mail on this 23rd day of July, 2007 to:

    Amy Weaver, Esq.
    Whatley Drake & Kallas, LLC
    2001 Park Place North
    Suite 1000
    Birmingham, Alabama 35203

    E. Kirk Wood, Esq.
    Law Offices of Archie Lamb
    2017 2nd Avenue North
    Birmingham, Alabama 35201

                                                          /s/Sandra B. Reiss
                                                          Sandra B. Reiss

**EXHIBIT "A"**

**CORPORATE STRUCTURE OF FLOWERS FOODS, INC.**

**SUBSIDIARIES**

- Flowers Finance, LLC
- Derst Baking Company, LLC
- Flowers Foods Bakeries Group, LLC
- Flowers Bakeries Brands, Inc.
- Flowers Baking Co. of Florida, LLC
- Flowers Baking Co. of Miami, LLC
- Flowers Baking Co. of Jacksonville, LLC
- Flowers Baking Co. of Bradenton, LLC
- Flowers Baking Co. of Thomasville, LLC
- Flowers Baking Co. of Villa Rica, LLC
- Flowers Baking Co. of McDonough, LLC
- Table Pride, LLC
- Flowers Baking Co. of Opelika, LLC
- Bailey Street Bakery, LLC
- Flowers Baking Co. of Tucker, LLC
- Flowers Baking Co. of Birmingham, LLC
- Flowers Baking Co. of Tuscaloosa, LLC
- Flowers Baking Co. of Lafayette, LLC
- Flowers Baking Co. of New Orleans, LLC
- Flowers Baking Co. of Baton Rouge, LLC
- Flowers Baking Co. of Jamestown, LLC
- Flowers Baking Co. of Newton, LLC
- Franklin Baking Company, LLC
- Flowers Baking Co. of Lynchburg, LLC
- Flowers Baking Co. of Norfolk, LLC

Flowers Baking Co. of Morristown, LLC

Flowers Baking Co. of Memphis, LLC

Flowers Baking Co. of Nashville, LLC

West Tennessee Baking Co., LLC

Flowers Baking Co. of Houston, LLC

Flowers Baking Co. of West Virginia, LLC

The Donut House, LLC

Flowers Baking Co. of Texas, LLC

Leeland Baking Co., LLC

Flowers Baking Co. of Denton, LLC

Flowers Baking Co. of Tyler, LLC

Flowers Baking Co. of San Antonio, LLC

Flowers Baking Co. of El Paso, LLC

El Paso Baking Co. de Mexico, S.A. de C.V.

San Antonio Baking Co., LLC

Austin Baking Co., LLC

Corpus Christi Baking Co., LLC

Flowers Baking Co. of Pine Bluff, LLC

Flowers Baking Co. of Batesville, LLC

Storck Baking Company, LLC (i)

Flowers Foods Specialty Group, LLC

Flowers Specialty Foodservice Sales, LLC

Flowers Bakery of Atlanta, LLC

Flowers Bakery of Suwanee, LLC

Flowers Bakery of London, LLC

Flowers Bakery of Crossville, LLC

Flowers Specialty Snack Sales, Inc

Flowers Bakery of Cleveland, LLC

Flowers Bakery of Fort Smith, LLC

Flowers Bakery of Texarkana, LLC

Flowers Bakery of Montgomery, LLC

Flowers Bakery of Winston-Salem, LLC

Flowers Frozen Desserts, LLC

Flowers Frozen Desserts of Pembroke, LLC

Flowers Frozen Desserts Sales Group, LLC

Flowers Foil Company, LLC

Flowers Frozen Desserts of Pennsylvania, LLC

Flowers Frozen Desserts of Spartanburg, LLC

Flowers Frozen Distributors, LLC

Flowers Specialty Brands, Inc.

Flowers Frozen Desserts of Stilwell, LLC

5077172.1