IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CHARLES MORROW,                   )
individually and on behalf        )
of other similarly                )
situated employees, and           )
MICHAEL OVERTON,                  )
individually and on behalf        )
of other similarly                )
situated employees,               )
                                  )
    Plaintiffs,                   )
                                  )    CIVIL ACTION NO.
    v.                            )      3:07cv617-MHT
                                  )
FLOWERS FOODS, INC., and          )
FLOWERS BAKING COMPANY OF         )
OPELIKA, L.L.C.,                  )
                                  )
    Defendants.                   )
```

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 14) is granted.

DONE, this the 10th day of August, 2007.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE