IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CHARLES MORROW and MICHAEL OVERTON, Individually and on behalf of similarly situated employees,** )<br>)<br>)<br>) | |
| **Plaintiffs,**   ) | **CIVIL ACTION NO:**<br>**3:07-CV-617-MHT** |
| )<br>**v.**   )<br>) | |
| **FLOWERS FOODS, INC., FLOWERS BAKING CO., OF OPELIKA, LLC,**   )<br>)<br>) | |
| **Defendants.**   ) | |

**DEFENDANT FLOWERS FOODS, INC.'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Flowers Foods, Inc. respectfully submits this FED. R. CIV. PROC. 12(c) Motion for Judgment on the Pleadings due to the failure of Plaintiffs' Complaint to state a claim upon which relief can be granted against Flowers Foods, Inc. for the reasons stated in its Brief in Support, which accompanies this Motion.

Respectfully submitted this 17th day of August, 2007.

/s/ Kevin P. Hishta
Kevin P. Hishta
Georgia Bar No. 357410
Admitted *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA  30308
E-mail: Kevin.Hishta@ogletreedeakins.com
(404) 881-1300
(404) 870-1732 Fax

*Counsel for Defendants, Flowers Foods, Inc. and*
*Flowers Baking Co. of Opelika, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th day of August, 2007, I electronically filed the foregoing Defendant Flowers Foods, Inc.'s Motion for Judgment on the Pleadings with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Greg L. Davis, Esq.
The Law Offices of Greg L. Davis
6987 Halcyon Park Drive
Montgomery, AL 36117

Joe R. Whatley, Jr., Esq.
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama 35203

Joseph P. Guglielmo, Esq.
Whatley Drake & Kallas, LLC
1504 Broadway, 37th Floor
New York, New York 10036

I hereby certify that a true and correct copy will be sent by First Class, U.S. Mail on this 17th day of August, 2007 to the following counsel who are not registered for efiling:

Amy Lynne Weaver
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama 35203

E. Kirk Wood, Esq.
Law Offices of Archie Lamb
2017 2nd Avenue North
Birmingham, Alabama 35201

/s/ Kevin P. Hishta_____
Kevin P. Hishta