IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, )<br>individually and on behalf )<br>of other similarly )<br>situated employees, and )<br>MICHAEL OVERTON, )<br>individually and on behalf )<br>of other similarly )<br>situated employees, )<br>          )<br>    Plaintiffs,  )<br>          )<br>    v.      )<br>          )<br>FLOWERS FOODS, INC., and )<br>FLOWERS BAKING COMPANY OF )<br>OPELIKA, L.L.C., )<br>          )<br>    Defendants.  ) | CIVIL ACTION NO.<br>3:07cv617-MHT |

ORDER

It is ORDERED that the motion for judgment on the pleadings (Doc. No. 17) is set for submission, without oral argument, on September 4, 2007, with all briefs due by said date.

DONE, this the 21st day of August, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**