IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, individually and on behalf of other similarly situated employees, and MICHAEL OVERTON, individually and on behalf of other similarly situated employees,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLOWERS FOODS, INC., and FLOWERS BAKING COMPANY OF OPELIKA, L.L.C.,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:07cv617-MHT |

ORDER

It is ORDERED that the Rule 26(f) report (Doc. No. 16) is set for an on-the-record status conference on September 12, 2007, at 9:00 a.m. Counsel for plaintiffs are to arrange for the conference to be held by telephone.

DONE, this the 23rd day of August, 2007.

                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE