IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW and MICHAEL OVERTON, Individually and on behalf of similarly situated employees, )<br>)<br>)<br>)<br>Plaintiffs,                         )<br>)           3:07-CV617-MHT<br>v.                                          )<br>)<br>FLOWERS FOODS, INC., FLOWERS )<br>BAKING CO., OF OPELIKA, LLC,   )<br>)<br>Defendants.                          ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME FOR FILING MOTION FOR CLASS CERTIFICATION**

Plaintiffs Charles Morrow and Michael Overton move this Court to extend the time for filing the Motion to Conditionally Certify Class and Facilitate Class Notice to September 7, 2007, based upon the following:

1. The current deadline for filing, as set out in the Report of the Parties' Rule 26 Planning Meeting is September 3, 2007. Since that date was a court holiday, Plaintiffs intended on filing on September 4, 2007.

2. This is Plaintiff's first request for extension of time.

3. Plaintiffs further move the Court to extend the time for the filing of Defendant's reply brief, so that neither party will be prejudiced by the granting of this motion.

4. Counsel for Plaintiffs has communicated with counsel for Defendants, Flowers Foods, Inc., and Flowers Baking Co., of Opelika, LLC, who do not oppose this motion.

DATED: September 4, 2007                    Respectfully submitted,


                                            COUNSEL FOR PLAINTIFFS

                                            By:  /s/ Greg L. Davis
                                                 Greg L. Davis, ASB-8134-I71G


**OF COUNSEL:**

THE LAW OFFICES OF GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
334-832-9080
gldavis@knology.net

WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000
Birmingham, Alabama 35203
205-328-9576
Joe R. Whatley, Jr. (ASB-1222-Y69J)
jwhatley@wdklaw.com
Amy A. Weaver (ASB-6878-Y82A)

WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, New York 10036
212-447-7007
Joseph P. Guglielmo
jguglielmo@wdklaw.com

WOOD LAW FIRM, LLC
2900 1st Avenue South, Suite A
Birmingham, Alabama 35233
205-612-0243
E. Kirk Wood (ASB-2937-W55E)
ekirkwood1@cs.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 4th day of September, 2007, I electronically filed the foregoing Unopposed Motion to Extend Time to File Motion to Conditionally Certify Class and Facilitate Class Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Sandra B. Reiss
Ogletree, Deakins, Nash, Smoack, & Stewarts, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
205-328-1900
Sandra.Reiss@odnss.com

Kevin P. Hishta
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
600 Peachtree Street, NE
Suite 2100
Atlanta, Georgia 30308
404-881-1300
Kevin.Hishta@ogletreedeakins.com

                                                             _/s/Greg L. Davis_____
                                                             Greg L. Davis, ASB-8134-I71G