IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, individually and on behalf of other similarly situated employees, and MICHAEL OVERTON, individually and on behalf of other similarly situated employees,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLOWERS FOODS, INC., and FLOWERS BAKING COMPANY OF OPELIKA, L.L.C.,<br><br>    Defendants. | CIVIL ACTION NO.<br>3:07cv617-MHT |

ORDER

It is ORDERED that the motion for judgment on the pleadings (Doc. No. 17) is denied.

DONE, this the 5th day of September, 2007.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**