IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW and MICHAEL OVERTON, Individually and on behalf of similarly situated employees, </br></br>Plaintiffs,</br></br>v.</br></br>FLOWERS FOODS, INC., FLOWERS BAKING CO., OF OPELIKA, LLC,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)  CIVIL ACTION NO: 3:07-CV-617-MHT</br>)</br>)</br>)</br>)</br>) |

## NOTICE OF APPEARANCE

COMES NOW, Christopher W. Deering, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and hereby enters his notice of appearance as additional counsel of record on behalf of all named Defendants who have been served with the summons and complaint.

Respectfully submitted,

s/Christopher W. Deering
Bar Number: (ASB-5555-I71C)

Sandra B. Reiss
Christopher W. Deering
**Attorneys for Defendants**
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000

1

E-mail: sandra.reiss@odnss.com
christopher.deering@odnss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Amy A. Weaver – aweaver@wdklaw.com
Joseph P. Guglielmo – jguglielmo@wdklaw.com

Joe R. Whatley, Jr. – jwhatley@whatleydrake.com

Greg Louis Davis – gldavis@knology.net

Kevin P. Hishta – kevin.hishta@ogletreedeakins.com

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

E. Kirk Wood, Esq.
Law Offices of Archie Lamb
2017 2nd Avenue North
Birmingham, Alabama 35201


s/Christopher W. Deering
OF COUNSEL

2