IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CHARLES MORROW,                )
individually and on behalf     )
of other similarly             )
situated employees, and        )
MICHAEL OVERTON,               )
individually and on behalf     )
of other similarly             )
situated employees,            )
                               )
     Plaintiffs,               )
                               )      CIVIL ACTION NO.
     v.                        )        3:07cv617-MHT
                               )
FLOWERS FOODS, INC., and       )
FLOWERS BAKING COMPANY OF      )
OPELIKA, L.L.C.,               )
                               )
     Defendants.               )
```

ORDER

It is ORDERED that the motion to extend time for filing (Doc. No. 21) is denied as moot.

DONE, this the 14th day of September, 2007.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE