IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CHARLES MORROW,                )
individually and on behalf     )
of other similarly             )
situated employees, and        )
MICHAEL OVERTON,               )
individually and on behalf     )
of other similarly             )
situated employees,            )
                               )
     Plaintiffs,               )
                               )   CIVIL ACTION NO.
     v.                        )    3:07cv617-MHT
                               )
FLOWERS FOODS, INC., and       )
FLOWERS BAKING COMPANY OF      )
OPELIKA, L.L.C.,               )
                               )
     Defendants.               )
```

ORDER

It is ORDERED that the motion for leave to amend complaint (Doc. No. 30) is granted. The court assumes that the defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 20th day of September, 2007.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE