IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CHARLES MORROW,                )
individually and on behalf     )
of other similarly             )
situated employees, and        )
MICHAEL OVERTON,               )
individually and on behalf     )
of other similarly             )
situated employees,            )
                               )
    Plaintiffs,                )
                               )   CIVIL ACTION NO.
    v.                         )     3:07cv617-MHT
                               )
FLOWERS FOODS, INC., and       )
FLOWERS BAKING COMPANY OF      )
OPELIKA, L.L.C.,               )
                               )
    Defendants.                )
```

ORDER

It is ORDERED that the motion to conditionally certify class and facilitate class notice (Doc. No. 32) is set for submission, without oral argument, on October 17, 2007, with all briefs due by said date.

DONE, this the 25th day of September, 2007.

                                         /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE