IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW,                )<br>individually and on behalf )<br>of other similarly          )<br>situated employees, and     )<br>MICHAEL OVERTON,             )<br>individually and on behalf )<br>of other similarly          )<br>situated employees,          )<br>                              )<br>    Plaintiffs,              )<br>                              )<br>    v.                        )<br>                              )<br>FLOWERS FOODS, INC., and     )<br>FLOWERS BAKING COMPANY OF    )<br>OPELIKA, L.L.C.,             )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>3:07cv617-MHT |

ORDER

It is ORDERED that the response in opposition (Doc. No. 34) is treated as an objection and said objection is set for submission, without oral argument, on October 18, 2007, with all briefs due by said date.

DONE, this the 26th day of September, 2007.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE