IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CHARLES MORROW, MICHAEL OVERTON, JAMES MARTY SMITH, DWAYNE CLEVELAND, MICHAEL SMITH, MARK MURPHY, Individually and on behalf of similarly situated employees, | ) ) ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO.: ) 3:07-CV-617-MHT ) |
| v. | ) ) |
| FLOWERS FOODS, INC., FLOWERS BAKING CO., OF OPELIKA, LLC, | ) ) ) |
| Defendants. | ) |

NOTICE OF FILING PLAINTIFFS'
CONSENTS TO REPRESENTATION TO
<u>JOIN ACTION AGAINST THE DEFENDANTS</u>

COME NOW Plaintiffs, by and through their counsel, and hereby provide this Notice of Filing Consents to Representation in Action to Secure Rights under the Fair Labor Standards Act for the below listed Plaintiffs. The following current and/or former route distributors of Flowers Baking Co. of Opelika, LLC, Flowers Foods, and Flowers Baking Co. of Thomasville, GA, have consented to have the named Plaintiffs' in this case represent their interests in adjudicating their claims.

**Plaintiff:**

    **Doug Branch**—consent is attached hereto as exhibit 1

    **Lew Baxter** – consent is attached hereto as exhibit 2

    **Ricky Small** – consent is attached hereto as exhibit 3

    **Melvin Snow** – consent is attached hereto as exhibit 4

**Greg Patisaul** – consent is attached hereto as exhibit 5

Dated this the 17th day of October 2007.

                                            Respectfully Submitted,

                                            /s/ Amy A. Weaver
                                            Amy A. Weaver, ASB-6878-Y82A

**OF COUNSEL:**

THE LAW OFFICES OF GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
334-832-9080
gldavis@knology.net

WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000
Birmingham, Alabama 35203
Telephone: (205) 328-9576
Joe R. Whatley, Jr. (ASB-1222-Y69J)
jwhatley@wdklaw.com
Amy Weaver (ASB-6878-Y82A)
aweaver@wdklaw.com

WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, New York 10036
212-447-7007
Joseph P. Guglielmo
jguglielmo@wdklaw.com

WOOD LAW FIRM, LLC
2900 1st Avenue South, Suite A
Birmingham, Alabama 35233
205-612-0243
E. Kirk Wood (ASB-2937-W55E)
ekirkwood1@cs.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 17th day of October 2007, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Sandra B. Reiss
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
205-328-1900
Sandra.Reiss@odnss.com

Kevin P. Hishta
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
600 Peachtree Street, NE
Suite 2100
Atlanta, Georgia 30308
404-881-1300
Kevin.Hishta@ogletreedeakins.com


                                                ___/s/ Amy A. Weaver_____
                                                Amy A. Weaver
                                                ASB-6878-Y82A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CHARLES MORROW and MICHAEL OVERTON, Individually and on behalf Of similarly situated employees, <br><br> Plaintiffs, <br><br> v. <br><br> FLOWERS FOODS, INC., FLOWERS BAKING CO. OF OPELIKA, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 3:07-CV617-MHT <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT TO JOIN

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*, to recover regular and/or overtime compensation from my current/former employer, Flowers Baking Co. of Opelika, LLC and Flowers Foods, Inc.

2. In the past, there were numerous occasions when I performed work related activities and did not receive compensation for such on a daily basis.

3. I hereby designate the law firm of Whatley, Drake & Kallas, LLC to represent me in this action.

Date: Sept. 26, 07

Signature: [signed] Douglas R. Branch Jr.

Print Name: Douglas R. Branch, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CHARLES MORROW and MICHAEL OVERTON, Individually and on behalf Of similarly situated employees, <br><br> Plaintiffs, <br><br> v. <br><br> FLOWERS FOODS, INC., FLOWERS BAKING CO. OF OPELIKA, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 3:07-CV617-MHT <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT TO JOIN

1.  I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*, to recover regular and/or overtime compensation from my current/former employer, Flowers Baking Co. of Opelika, LLC and Flowers Foods, Inc.

2.  In the past, there were numerous occasions when I performed work related activities and did not receive compensation for such on a daily basis.

3.  I hereby designate the law firm of Whatley, Drake & Kallas, LLC to represent me in this action.

Date: 9/25/07

Signature

Lew E. Baxter
Print Name

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CHARLES MORROW and MICHAEL OVERTON, Individually and on behalf Of similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC., FLOWERS BAKING CO. OF OPELIKA, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:07-CV617-MHT<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*, to recover regular and/or overtime compensation from my current/former employer, Flowers Baking Co. of Opelika, LLC and Flowers Foods, Inc.

2. In the past, there were numerous occasions when I performed work related activities and did not receive compensation for such on a daily basis.

3. I hereby designate the law firm of Whatley, Drake & Kallas, LLC to represent me in this action.

Date: 9-25-07

Signature: /s/ Ricky Small

Print Name: Ricky Small

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CHARLES MORROW and MICHAEL OVERTON, Individually and on behalf Of similarly situated employees, </br></br>Plaintiffs, </br></br>v. </br></br>FLOWERS FOODS, INC., FLOWERS BAKING CO. OF OPELIKA, LLC, </br></br>Defendants. | ) ) ) ) ) ) ) ) ) Case No.: 3:07-CV617-MHT ) ) ) ) ) ) |

## CONSENT TO JOIN

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*, to recover regular and/or overtime compensation from my current/former employer, Flowers Baking Co. of Opelika, LLC and Flowers Foods, Inc.

2. In the past, there were numerous occasions when I performed work related activities and did not receive compensation for such on a daily basis.

3. I hereby designate the law firm of Whatley, Drake & Kallas, LLC to represent me in this action.

Date: 9-26-07

Signature: *Melvin Snow*

Print Name: Melvin Snow

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CHARLES MORROW and MICHAEL )
OVERTON, Individually and on behalf )
Of similarly situated employees, )
)
    Plaintiffs, )
)
v. ) Case No.: 3:07-CV617-MHT
)
FLOWERS FOODS, INC., FLOWERS )
BAKING CO. OF OPELIKA, LLC, )
)
    Defendants. )

## CONSENT TO JOIN

1.     I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*, to recover regular and/or overtime compensation from my current/former employer, Flowers Baking Co. of Opelika, LLC and Flowers Foods, Inc.

2.     In the past, there were numerous occasions when I performed work related activities and did not receive compensation for such on a daily basis.

3.     I hereby designate the law firm of Whatley, Drake & Kallas, LLC to represent me in this action.

Date: 9/27/07

Signature

Print Name: Greg Patisaul

OCT 04 2007