IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CHARLES MORROW, et al.,     )
                            )
    Plaintiffs,              )
                            )    CIVIL ACTION NO.
    v.                      )     3:07cv617-MHT
                            )
FLOWERS FOODS, INC.,        )
et al.,                     )
                            )
    Defendants.             )
```

### ORDER

It is ORDERED that the motion for leave to file second amended complaint (Doc. No. 44) is set for submission, without oral argument, on November 5, 2007, with all briefs due by said date.

DONE, this the 24th day of October, 2007.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE