IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:07cv617-MHT |
| ) | |
| FLOWERS FOODS, INC., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

## ORDER

Because of a scheduling conflict, it is ORDERED that the uniform scheduling order (Doc. No. 28) is amended to reflect that the trial of this case is set for the term of court beginning on October 14, 2008, with all deadlines expressly tied to this date adjusted accordingly.

DONE, this the 24th day of October, 2007.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE