IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW and MICHAEL OVERTON, Individually and on behalf of similarly situated employees, | ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO: 3:07-CV-617-MHT ) ) |
| v. | ) ) |
| FLOWERS FOODS, INC., FLOWERS BAKING CO. OF OPELIKA, LLC, | ) ) ) |
| Defendants. | ) |

**DEFENDANT FLOWERS FOODS INC.'S MOTION FOR PROTECTIVE ORDER LIMITING THE SCOPE OF PLAINTIFFS' PROPOSED 30(B)(6) DEPOSITION**

**COMES NOW** Defendant, Flowers Foods, Inc., ("Flowers Foods"), by and through its undersigned counsel, and moves this Court to limit the scope of the subject matter topics, and the documents requested, in Plaintiffs' 30(b)(6) Notice of Videotaped Deposition.

1. At this time, there are six Plaintiffs, and five opt-ins in this action alleging violations of the Fair Labor Standards Act ("FLSA") that are either former or current independent contractor distributors who contracted only with one Flowers' Food subsidiary, Flowers Baking Co. of Opelika, LLC ("Flowers/Opelika"). There are no other plaintiffs or opt-ins from any of the other 25 separate and distinct Flowers' subsidiaries who are not parties to this action.

2. Plaintiffs have filed a Motion to Conditionally Certify and Facilitate Class Notice seeking a "nationwide" collective action as to all subsidiaries and the parent, Flowers

1

Foods, and Defendants have filed a Response in Opposition. Plaintiffs' Motion for Conditional Certification has not been ruled upon.

3. Despite the fact that, procedurally, the case is still an individual, multi-plaintiff case, involving one subsidiary, Flowers/Opelika, and only current and former independent distributors of Flowers/Opelika, Plaintiffs have submitted an extremely broad and unduly burdensome Notice for a 30(b)(6) deposition which would encompass information regarding Flowers Foods. and its 25 subsidiaries even though conditional certification has not been granted. Topics requested include *inter alia* how the independent contractor program was created and instituted at all subsidiaries, and business practices at all such subsidiaries.

4. Flowers Foods seeks a compromise of limiting the scope of the topics and documentation requested which is fully explained and outlined in the supporting brief filed simultaneously herewith.

**WHEREFORE,** Flowers Foods respectfully requests that this Honorable Court GRANT its Motion for a Protective Order limiting the scope of topics and documents requested in Plaintiffs' 30(b)(6) Notice of Videotaped Deposition as set forth in the brief filed herewith.

/s/Sandra B.Reiss
Sandra B. Reiss (ASB-3650-S80S)
Christopher W. Deering (ASB-5555-I71C)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
E-mail: Sandra.Reiss@odnss.com
E-mail: Chris.Deering@odnss.com
Ph. (205) 328-1900
Fax (205) 328-6000

And

Kevin P. Hishta
Georgia Bar No. 357410
Admitted *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA   30308
E-mail:  Kevin.Hishta@ogletreedeakins.com
Ph.  (404) 881-1300
Fax (404) 870-1732

Counsel for Defendants, Flowers Foods, Inc. and Flowers Baking Company of Opelika, LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of October, 2007, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Greg L. Davis, Esq.
The Law Offices of Greg L. Davis
6987 Halcyon Park Drive
Montgomery, AL  36117
gldavis@knology.net

Joe R. Whatley, Jr., Esq.
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203
jwhatley@wdklaw.com

Joseph P. Guglielmo, Esq.
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, New York  10036
jguglielmo@wdklaw.com

Amy Lynne Weaver
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203
aweaver@wdklaw.com

    And I hereby certify that I have mailed by United States, First Class Mail, postage prepaid the document to the following non-CM/ECF participant:

E. Kirk Wood, Esq.
Wood Law Firm, LLC
2900 1st Avenue South, Suite A
Birmingham, Alabama 35233

                                            /s/ Sandra B. Reiss
                                            Sandra B. Reiss

5