IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:07-cv-617-MHT |
| | ) |
| FLOWERS FOODS, INC., et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## ORDER

Upon of review and consideration of *Defendant Flowers Foods Inc.'s Motion for Protective Order Limiting the Scope of Plaintiffs' Proposed 30(b)(6) Deposition* and *Defendant Flowers Foods, Inc.'s Brief in Support of its Motion for Protective Order limited the Scope of Plaintiffs' Proposed 30(b)(6) Deposition* (Docs. 47-48, filed October 31, 2007), it is

**ORDERED** that Plaintiffs show cause why this motion should not be granted on or before **November 13, 2007**.

DONE this 1st day of November, 2007.

                                              /s/Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE