IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, et al.,    )<br>                               )<br>    Plaintiffs,              )<br>                               )<br>    v.                         )<br>                               )<br>FLOWERS FOODS, INC.,        )<br>et al.,                       )<br>                               )<br>    Defendants.              ) | CIVIL ACTION NO.<br>3:07cv617-MHT |

ORDER

It is ORDERED that the motion for leave to file second amended complaint (Doc. No. 44) is granted.

DONE, this the 6th day of November, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE