IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **CHARLES MORROW, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:07cv617-MHT |
| ) | |
| **FLOWERS FOODS, INC.,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the objection to amendment (Doc. No. 34) is overruled.

DONE, this the 6th day of November, 2007.

        /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**