IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, MICHAEL OVERTON, JAMES MARTY SMITH, DWAYNE CLEVELAND, MICHAEL SMITH, MARK MURPHY, DOUG BRANCH, LEW BAXTER, RICKY SMALL, MELVIN SNOW, GREG PATISAUL, and GARY CHAMBLISS, Individually and on behalf of similarly situated employees,<br><br>   Plaintiffs,<br><br>v.<br><br>FLOWERS FOODS, INC., FLOWERS BAKING CO. OF OPELIKA, LLC, and FLOWERS BAKING CO. OF THOMASVILLE, LLC,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO: 3:07-CV-617-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' AMENDED CORPORATE DISCLOSURE STATEMENT

In accordance with the order of this Court, Defendants Flowers Foods, Inc., Flowers Baking Co. of Opelika, LLC, and Flowers Baking Co. of Thomasville, LLC do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtors, creditor' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1

The direct parent of Flowers Baking Co. of Opelika, LLC and Flowers Baking Co. of Thomasville, LLC, is Flowers Foods Bakeries Group, LLC. The parent of Flowers Foods Bakeries Group, LLC is Flowers Foods, Inc.

Flowers Foods, Inc. has no parent company.

The affiliates are listed on the attachment, marked as Exhibit "A".

Dated this 20th day of November, 2007.

/s/Kevin P. Hishta
Kevin P. Hishta
Georgia Bar No. 357410
Admitted *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA  30308
E-mail: Kevin.Hishta@ogletreedeakins.com
(404) 881-1300
(404) 870-1732 Fax

Sandra B. Reiss
Alabama Bar No. ASB-3650-S80S
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
e-mail:  Sandra.Reiss@odnss.com
Ph.  (205) 328-1900; Fax:  (205) 328-6000

*Attorney for Defendants, Flowers Foods, Inc., Flowers Baking Co. Of Opelika, LLC, and Flowers Baking Co. of Thomasville, LLC*

**CERTIFICATE OF SERVICE**

    I do hereby certify that I electronically filed the foregoing Defendants' Amended Corporate Disclosure Statement with the Middle District Court's ECF system on this 20th day of November, 2007, which will forward the same via electronic notice to counsel for Plaintiff, as follows:

Greg L. Davis, Esq.
The Law Offices of Greg L. Davis
6987 Halcyon Park Drive
Montgomery, AL  36117

Joe R. Whatley, Jr., Esq.
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203

Amy Weaver, Esq.
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203

Joseph P. Guglielmo, Esq.
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, New York  10036

    I further certify that a true and correct copy was sent via First Class, U.S. Mail on this 20th day of November, 2007 to:

E. Kirk Wood, Esq.
Law Offices of Archie Lamb
2017 2nd Avenue North
Birmingham, Alabama 35201

                                              /s/Kevin P. Hishta
                                              Kevin P. Hishta

**EXHIBIT "A"**

**CORPORATE STRUCTURE OF FLOWERS FOODS, INC.**

**SUBSIDIARIES**

- Flowers Finance, LLC
- Derst Baking Company, LLC
- Flowers Foods Bakeries Group, LLC
- Flowers Bakeries Brands, Inc.
- Flowers Baking Co. of Florida, LLC
- Flowers Baking Co. of Miami, LLC
- Flowers Baking Co. of Jacksonville, LLC
- Flowers Baking Co. of Bradenton, LLC
- Flowers Baking Co. of Thomasville, LLC
- Flowers Baking Co. of Villa Rica, LLC
- Flowers Baking Co. of McDonough, LLC
- Table Pride, LLC
- Flowers Baking Co. of Opelika, LLC
- Bailey Street Bakery, LLC
- Flowers Baking Co. of Tucker, LLC
- Flowers Baking Co. of Birmingham, LLC
- Flowers Baking Co. of Tuscaloosa, LLC
- Flowers Baking Co. of Lafayette, LLC
- Flowers Baking Co. of New Orleans, LLC
- Flowers Baking Co. of Baton Rouge, LLC
- Flowers Baking Co. of Jamestown, LLC
- Flowers Baking Co. of Newton, LLC
- Franklin Baking Company, LLC
- Flowers Baking Co. of Lynchburg, LLC
- Flowers Baking Co. of Norfolk, LLC
- Flowers Baking Co. of Morristown, LLC

Flowers Baking Co. of Memphis, LLC

Flowers Baking Co. of Nashville, LLC

West Tennessee Baking Co., LLC

Flowers Baking Co. of Houston, LLC

Flowers Baking Co. of West Virginia, LLC

The Donut House, LLC

Flowers Baking Co. of Texas, LLC

Leeland Baking Co., LLC

Flowers Baking Co. of Denton, LLC

Flowers Baking Co. of Tyler, LLC

Flowers Baking Co. of San Antonio, LLC

Flowers Baking Co. of El Paso, LLC

El Paso Baking Co. de Mexico, S.A. de C.V.

San Antonio Baking Co., LLC

Austin Baking Co., LLC

Corpus Christi Baking Co., LLC

Flowers Baking Co. of Pine Bluff, LLC

Flowers Baking Co. of Batesville, LLC

Storck Baking Company, LLC (i)

Flowers Foods Specialty Group, LLC

Flowers Specialty Foodservice Sales, LLC

Flowers Bakery of Atlanta, LLC

Flowers Bakery of Suwanee, LLC

Flowers Bakery of London, LLC

Flowers Bakery of Crossville, LLC

Flowers Specialty Snack Sales, Inc

Flowers Bakery of Cleveland, LLC

Flowers Bakery of Fort Smith, LLC

Flowers Bakery of Texarkana, LLC

Flowers Bakery of Montgomery, LLC

Flowers Bakery of Winston-Salem, LLC

Flowers Frozen Desserts, LLC
Flowers Frozen Desserts of Pembroke, LLC
Flowers Frozen Desserts Sales Group, LLC
Flowers Foil Company, LLC
Flowers Frozen Desserts of Pennsylvania, LLC
Flowers Frozen Desserts of Spartanburg, LLC
Flowers Frozen Distributors, LLC
Flowers Specialty Brands, Inc.
Flowers Frozen Desserts of Stilwell, LLC