IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES MORROW, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07-cv-617-MHT |
| | ) | |
| FLOWERS FOODS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

Upon of review and consideration of *Plaintiffs' Motion to Extend Time for Deadline to Add Additional Parties* (Doc. 67, filed January 2, 2008), it is

**ORDERED** that Defendants show cause why this motion should not be granted on or before **January 9, 2008**.

DONE this 2nd day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE