# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **CHARLES MORROW,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **CASE NO: 3:07-cv-00617-MHT** |
| v. ) | |
| ) | |
| **FLOWERS FOODS, INC.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), Sandra B. Reiss of the law firm of Ogletree Deakins, Nash, Smoak & Stewart, P.C. hereby moves for the admission of David H. Grigereit to the bar of this Court *pro hac vice* in connection with the firm's representation of Defendants in this action. Attached hereto as Exhibit A is an affidavit of David H. Grigereit and Certificate of Good Standing from the Northern District of Georgia.

Respectfully submitted,

/s/ Sandra B. Reiss
Sandra B. Reiss
Alabama Bar No. ASB-3650-S80S
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
E-mail: Sandra.Reiss@odnss.com
Ph. (205) 328-1900 Fax (205) 328-6000

*Counsel for Defendants, Flowers Foods, Inc., Flowers Baking Co. of Opelika, LLC, and Flowers Baking Co. of Thomasville, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of January, 2008, I electronically filed the foregoing Motion For Admission *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Greg L. Davis, Esq.
The Law Offices of Greg L. Davis
6987 Halcyon Park Drive
Montgomery, AL  36117

Joe R. Whatley, Jr., Esq.
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203

Joseph P. Guglielmo, Esq.
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, New York 10036

Amy Lynne Weaver
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203

I further certify that a true and correct copy will be sent by First Class, U.S. Mail on this 9th day of January, 2008 to:

E. Kirk Wood, Esq.
Wood Law Firm, LLC
PO Box 382434
Birmingham, Alabama 35238-2434

/s/ Sandra B. Reiss_____
Sandra B. Reiss

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CHARLES MORROW,** *et al.,* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) CASE NO: 3:07-cv-00617-MHT |
| v. | ) |
| | ) |
| **FLOWERS FOODS, INC.,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |

## AFFIDAVIT OF DAVID H. GRIGEREIT
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF GEORGIA    )
COUNTY OF FULTON   )

I, David H. Grigereit, having been duly sworn, hereby depose and state as follows:

1. I am David H. Grigereit, an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., which is representing Defendants in this case.

2. I am a member in good standing of the Georgia Bar and was admitted to practice in all Courts in the State of Georgia on July 9, 1981, State Bar No. 312075. I was admitted to the Northern District of Georgia on October 22, 1981, and the Eleventh Circuit Court of Appeals on April 19, 2000.

3. I am authorized to practice in and am in good standing with the Northern District of Georgia. A Certificate of Good Standing is attached hereto as Exhibit "1".

4. I am familiar with all rules and regulations governing proceedings in federal court, and certify that I have read and am familiar with the Uniform Local Rules of the United States District Court for the Middle District of Alabama.

5.   I certify that I have studied the local rules and agree that, unless permitted to withdraw sooner by order of the Court, will continue to represent the Defendants in these proceedings until the final determination thereof.

6.   I understand that, with reference to all matters incident to these proceedings, I will be deemed to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

Dated at Atlanta, Georgia, this 7th day of January, 2008.

_____
David H. Grigereit

Subscribed and sworn to before me this 7th day of January, 2008.



Marie Reed
Notary Public

My commission expires: 1-21-10

# **EXHIBIT 1 – CERTIFICATE OF GOOD STANDING**



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **DAVID H. GRIGEREIT, State Bar No. 312075,** was duly admitted to practice in said Court on OCTOBER 22, 1981, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 3rd day of January, 2008.

JAMES N. HATTEN
CLERK OF COURT



By: _Judith Motz_
Judith Motz
Deputy Clerk