```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003206
Cashier ID: cstrecke
Transaction Date: 01/10/2008
Payer Name: OGLETREE DEAKINS NASH SMOAK
-----------------------------------
PRO HAC VICE
 For: DAVID H GRIGEREIT
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
-----------------------------------
CHECK
 Remitter: OGLETREE DEAKINS
 Check/Money Order Num: 11007186
 Amt Tendered:   $50.00
-----------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00
```

DALM307CV617

MOT/PHV DAVID GRIGEREIT