IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **CHARLES MORROW, et al.,** ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:07cv617-MHT |
| ) | |
| **FLOWERS FOODS, INC.,** ) | |
| **et al.,** ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 70) is granted.

DONE, this the 11th day of January, 2008.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**