IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES MORROW, *et al.*, | ) | |
| | ) | CIVIL ACTION NO: 3:07-CV-617-MHT |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | *UNOPPOSED* |
| FLOWERS FOODS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE TRIAL
TO JANUARY 2009 TERM DUE TO TRIAL CONFLICT**

COME NOW Defendant Flowers Foods, Inc. ("Flowers Foods"), Defendant Flowers Baking Co. of Opelika, LLC ("Flowers/Opelika"), and Defendant Flowers Baking Co. of Thomasville, LLC ("Flowers/Thomasville") (collectively, "Defendants"), by and through their undersigned counsel, hereby move for a continuance of the trial in this action, currently set for October 14, 2008, to the January 2009 trial term, or to such other date and time as the Court deems appropriate or necessary. As grounds for this motion, Defendants show:

1. Pursuant to the Court's Uniform Scheduling Order, trial of this cause is set to begin on October 14, 2008. However, Defendants' lead counsel, Kevin Hishta, has recently developed an unavoidable conflict with this trial setting due to his oldest daughter's wedding and related preparations during the first half of the month of October 2008. Specifically, Mr. Hishta's daughter became engaged on January 17, 2008 and she and her fiancée have selected October 18, 2008 as their wedding date. Mr. Hishta has discussed this conflict with lead counsel for the Plaintiffs, Joseph Guglielmo, and Plaintiffs have no objection to moving the trial date to

the January 2009 term. See Exhibit 1 attached hereto (email from Joseph Guglielmo to Kevin Hishta, Jan. 22, 2008).

WHEREFORE, Defendants request that the trial of this cause be continued from the scheduled date of October 14, 2008 to the January 2009 term, or such other term as the Court may deem necessary or appropriate.

Respectfully submitted this 24th day of January, 2008.

/s/Christopher W. Deering
Sandra B. Reiss (ASB-3650-S80S)
Christopher W. Deering (ASB-5555-I71C)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
E-mail: Sandra.Reiss@odnss.com
E-mail: Chris.Deering@odnss.com
Ph. (205) 328-1900
Fax (205) 328-6000

and

Kevin P. Hishta
Georgia Bar No. 357410
Admitted *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA  30308
E-mail: Kevin.Hishta@ogletreedeakins.com
(404) 881-1300
(404) 870-1732 Fax

*Counsel for Defendants, Flowers Foods, Inc., Flowers Baking Co. of Opelika, LLC, and Flowers Baking Co. of Thomasville, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2008, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Greg L. Davis, Esq.
The Law Offices of Greg L. Davis
6987 Halcyon Park Drive
Montgomery, AL 36117

Joe R. Whatley, Jr., Esq.
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama 35203

Amy Lynne Weaver
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama 35203

Joseph P. Guglielmo, Esq.
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, New York 10036

E. Kirk Wood, Esq.
Wood Law Firm, LLC
P.O. Box 382434
Birmingham, Alabama 35238-2434

/s/ Christopher W. Deering
Christopher W. Deering

# EXHIBIT 1

**From:** Joseph P. Guglielmo [mailto:jguglielmo@wdklaw.com]
**Sent:** Tuesday, January 22, 2008 4:17 PM
**To:** Hishta, Kevin
**Cc:** Greg Davis; ekirkwood1@cs.com; Amy A. Weaver
**Subject:** Flowers

Kevin, we have no objection to moving the trial date to the January 09 term.

Joseph P. Guglielmo

 WhatleyDrake&Kallas

1540 Broadway, 37th Floor
New York, NY 10036
Telephone: 1-212-447-7070
Direct:    1-212-447-7007
Facsimile: 1-212-447-7077
Email:  jguglielmo@wdklaw.com
Web:    www.wdklaw.com

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this e-mail message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone at (205) 326-9576 or by electronic mail (jguglielmo@wdklaw.com) and destroy the original message without making a copy. Thank you.