IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CHARLES MORROW, MICHAEL OVERTON, JAMES MARTY SMITH, DWAYNE CLEVELAND, MICHAEL SMITH, MARK MURPHY, DOUG BRANCH, LEW BAXTER, RICKY SMALL, MELVIN SNOW, GREG PATISAUL and GARY CHAMBLISS, Individually and on behalf of similarly situated employees, <br><br> Plaintiffs, <br><br> v. <br><br> FLOWERS FOODS, INC., FLOWERS BAKING CO. OF OPELIKA, LLC, and FLOWERS BAKING CO. OF THOMASVILLE, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO.: ) 3:07-CV-617-MHT ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE TIME FOR FILING OF EXPERT REPORTS**

COME NOW Plaintiffs Charles Morrow, Michael Overton, Greg Patisaul, Lew Baxter, Melvin Snow, Ricky Small, Michael Smith, Mark Murphy, James Marty Smith, Gary Chambliss, Douglas Branch, and Dwayne Cleveland, by and through their undersigned counsel, hereby move for an extension of time for the filing of expert reports, currently set for March 17, 2008, and April 17, 2008, to the new date of June 6, 2008, two weeks before the close of discovery, or to such other time as the Court deems appropriate or necessary. As grounds for this motion, Plaintiffs show:

1.  Pursuant to the Court's Uniform Scheduling Order, Plaintiffs' expert reports are due on March 17, 2008, and Defendants' expert reports are due on April 17, 2008.

2.	At the time of this motion, only limited discovery has been had by either the Plaintiffs or the Defendants, and the motion for class certification is pending before the Court.

3.	Counsel for Plaintiffs has communicated with counsel for Defendants, Flowers Foods, Inc., Flowers Baking Co. of Opelika, LLC, and Flowers Baking Co. of Thomasville, LLC, who do not oppose this motion, contingent upon completing expert depositions on or before June 20, 2008.

DATED: February 27, 2008

Respectfully Submitted

__/s/ Amy A. Weaver_____

**OF COUNSEL:**

THE LAW OFFICES OF GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
334-832-9080
Greg L. Davis (ASB-8134-I71G)
gldavis@knology.net

WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000
Birmingham, Alabama 35203
205-328-9576
Joe R. Whatley, Jr. (ASB-1222-Y69J)
jwhatley@wdklaw.com
Amy A. Weaver (ASB-6878-Y82A)
aweaver@wdklaw.com

WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, New York, 10036
212-447-7007
Joseph P. Guglielmo
jguglielmo@wdklaw.com

WOOD LAW FIRM, LLC
2900 1st Avenue South, Suite A
Birmingham, Alabama 35233
205-612-0243
E. Kirk Wood (ASB-2937-W55E)
ekirkwood1@cs.com

## CERTIFICATE OF SERVICE

  I hereby certify that on February 27, 2008, a copy of the foregoing was served on the following counsel via CM/ECF electronic filing:

Sandra B. Reiss
Christopher W. Deering
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
205-328-1900
Sandra.Reiss@odnss.com
Chris.Deering@odnss.com

Kevin P. Hishta
David H. Grigereit
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
600 Peachtree Street, NE
Suite 2100
Atlanta, Georgia 30308
404-881-1300
Kevin.Hishta@ogletreedeakins.com
David.Grigereit@ogltreedeakins.com

                __/s/ Amy A. Weaver_____
                OF COUNSEL