IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **CHARLES MORROW, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:07cv617-MHT |
| ) | |
| **FLOWERS FOODS, INC.,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that plaintiffs' motion to extend time for deadline to add parties (Doc. No. 67) is denied without prejudice. If, after the court resolves the pending class-certification motion the plaintiffs can show good cause for additional time to add parties, the court will reconsider whether such extension is warranted.

DONE, this the 4th day of March, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**