IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, et al.,   )<br>                              )<br>    Plaintiffs,             )<br>                              )<br>    v.                        )<br>                              )<br>FLOWERS FOODS, INC.,      )<br>et al.,                       )<br>                              )<br>    Defendants.           )  | CIVIL ACTION NO.<br>3:07cv617-MHT |

**ORDER**

It is ORDERED as follows:

(1) The motion to continue trial (Doc. No. 88) is granted.

(2) The uniform scheduling order (Doc. No. 28) is amended to reflect that the pretrial is set for May 21, 2009, and the trial is set for the term of court beginning on June 15, 2009, with all deadlines expressly tied to these two dates adjusted accordingly.

DONE, this the 4th day of March, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE