IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

―――――――――――――――――――――――x
CHARLES MORROW, et al., Individually and on behalf of similarly situated employees

          Plaintiffs,

vs.

FLOWERS FOODS, INC., et al.

          Defendants.
―――――――――――――――――――――――x

**Civil Action No. 3:07-CV-617-MHT**

## JOINT STIPULATION OF DISMISSAL OF PLAINTIFF DOUGLAS BRANCH, JR.

COMES NOW Plaintiff Douglas Branch Jr., and Defendants, Flowers Foods, Inc., Flowers Baking Co. of Opelika, LLC, and Flowers Baking Co. of Thomasville, LLC, by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of the Plaintiff's Douglas Branch's claims without prejudice under Federal Rule of Civil Procedure 41(a).

| /s/ Joseph P. Guglielmo | /s/ Kevin Hishta |
|---|---|
| WHATLEY DRAKE & KALLAS, LLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 1540 Broadway, 37th Floor | 600 Peachtree Street, NE, Suite 2100 |
| New York, New York, 10036 | Atlanta, Georgia 30308 |
| 212-447-7007 | 404-881-1300 |
| jguglielmo@wdklaw.com | Kevin.Hishta@ogletreedeakins.com |
| *Attorney for Plaintiff, Douglas Branch, Jr.* | *Attorney for Defendants* |

- 2 -

| | |
|---|---|
| **OF COUNSEL**<br>The Law Offices Of Greg L. Davis<br>6987 Halcyon Park Drive<br>Montgomery, Alabama 36117<br>334-832-9080<br>gldavis@knology.net<br><br>WHATLEY DRAKE & KALLAS, LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, Alabama 35203<br>205-328-9576<br>Joe R. Whatley, Jr. (ASB-1222-Y69J)<br>jwhatley@wdklaw.com<br>Amy A. Weaver (ASB-6878-Y82A)<br>aweaver@wdklaw.com<br><br>WOOD LAW FIRM, LLC<br>2900 1st Avenue South, Suite A<br>Birmingham, Alabama 35233<br>205-612-0243<br>E. Kirk Wood (ASB-2937-W55E)<br>ekirkwood1@cs.com | **OF COUNSEL**<br>Sandra B. Reiss<br>Christopher W. Deering<br>Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.<br>One Federal Place, Suite 1000<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203-2118<br>205-328-1900<br>Sandra.Reiss@odnss.com<br>Chris.Deering@odnss.com |

- 3 -

**CERTIFICATE OF SERVICE**

     I hereby certify that this document, filed through the ECF system, will be served electronically to the email-registered participants as identified on the Notice of Electronic Filing on April 10, 2008.

                          /s/Joseph P. Guglielmo
                          Joseph P. Guglielmo