IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS BRANCH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:07cv617-MHT |
| | ) | (WO) |
| FLOWERS FOODS, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 93), it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Douglas Branch, Jr.'s claims against all defendants are dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 11th day of April, 2008.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE