**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **CHARLES MORROW, et al.,** | ) |
| **Individually and on behalf of similarly** | ) |
| **situated employees,** | ) |
| | ) |
| **Plaintiffs,** | ) **CIVIL ACTION NO.:** |
| | ) **3:07-CV-617-MHT** |
| **v.** | ) |
| | ) |
| **FLOWERS FOODS, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF APPEARANCE**

COMES NOW, Glen M. Connor, of the law firm of Whatley Drake & Kallas, LLC, and hereby enters his notice of appearance as additional counsel of record on behalf of all named Plaintiffs in this matter.

Dated:  April 15, 2008                    Respectfully submitted,


                                 /s/ Glen M. Connor
                                Glen M. Connor (ASB-0562-R64G)
                                gconnor@wdklaw.com
                                WHATLEY DRAKE & KALLAS, LLC
                                2001 Park Place North, Suite 1000
                                Birmingham, Alabama 35203
                                205-328-9576
                                Joe R. Whatley, Jr. (ASB-1222-Y69J)
                                jwhatley@wdklaw.com
                                Amy A. Weaver (ASB-6878-Y82A)
                                aweaver@wdklaw.com

**OF COUNSEL:**

THE LAW OFFICES OF GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
334-832-9080
Greg L. Davis (ASB-8134-I71G)
gldavis@knology.net

WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, New York, 10036
212-447-7007
Joseph P. Guglielmo
jguglielmo@wdklaw.com

WOOD LAW FIRM, LLC
2900 1st Avenue South, Suite A
Birmingham, Alabama 35233
205-612-0243
E. Kirk Wood (ASB-2937-W55E)
ekirkwood1@cs.com


### CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, a copy of the foregoing was served on the following counsel via the CM/ECF electronic filing system:

Sandra B. Reiss
Christopher W. Deering
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
205-328-1900
Sandra.Reiss@odnss.com
Chris.Deering@odnss.com

Kevin P. Hishta
David H. Grigereit
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
600 Peachtree Street, NE
Suite 2100
Atlanta, Georgia 30308
404-881-1300
Kevin.Hishta@ogletreedeakins.com
David.Grigereit@ogletreedeakins.com

                                        /s/ Glen M. Connor
                                        OF COUNSEL