UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, *et al.*, )<br>)<br>Plaintiffs, )<br>) <br>v. )<br>)<br>FLOWERS FOODS, INC., *et al.*, )<br>)<br>Defendants. ) | CASE NO: 3:07-cv-00617-MHT |

### DEFENDANTS' WITNESS LIST PURSUANT TO FED.R.EVIDENCE 701

**COME NOW** Defendants, Flowers Foods, Inc., Flowers Baking Co. of Thomasville, LLC, and Flowers Baking Co. of Opelika, LLC, pursuant to this Court's Uniform Scheduling Order dated September 13, 2007, and submits its witness list pursuant to Fed.R.Evidence 701.

1. Steve Bordeaux
   President
   Flowers Baking Co. of Opelika, LLC
   c/o Defendants' Counsel Ogletree Deakins

2. Michael Lord
   Vice President of Sales
   Flowers Baking Company of Opelika, LLC
   c/o Defendants' Counsel Ogletree Deakins

3. Mickey Miller
   President
   Flowers Baking Co. of Thomasville, LLC
   c/o Defendants' Counsel Ogletree Deakins

4. Norris McDaniel
   Vice President of Sales
   Flowers Baking Co. of Thomasville, LLC
   c/o Defendants' Counsel Ogletree Deakins

5. Chuck Rich
   Vice President of Distributor Operations
   Flowers Foods Bakeries Group, LLC
   c/o Defendants' Counsel Ogletree Deakins

6. Karyl Lauder
   Vice President and Chief Accounting Officer
   Flowers Foods, Inc.
   c/o Defendants' Counsel Ogletree Deakins

7. David Roach
   President
   Flowers Baking Co. of Villa Rica, LLC
   c/o Defendants' Counsel Ogletree Deakins

8. Grady Messer
   Director of Sales
   Flowers Baking Company of Opelika, LLC
   c/o Defendants' Counsel Ogletree Deakins

9. Jerry Woodham
   Controller
   Flowers Baking Company of Opelika, LLC
   c/o Defendants' Counsel Ogletree Deakins

10. Ricky Ward
    Director of Sales
    Columbus, Georgia Warehouse
    Flowers Baking Company of Opelika, LLC
    c/o Defendants' Counsel Ogletree Deakins

11. Johnny Shepard
    Director of Distributor Relations
    Flowers Baking Co. of Thomasville, LLC
    c/o Defendants' Counsel Ogletree Deakins

12. Bonnie Harrison
    Controller
    Flowers Baking Co. of Thomasville, LLC
    c/o Defendants' Counsel Ogletree Deakins

13. John Renfroe
    Sales Manager, Branch 64
    Montgomery/Troy Warehouse
    Flowers Baking Co. of Opelika, LLC
    c/o Defendants' Counsel Ogletree Deakins

14. Calvin Rhodes
    Former President
    Flowers Baking Co. of Opelika, LLC
    c/o Defendants' Counsel Ogletree Deakins

15. Vyto Razminas
    Chief Information Officer and Vice President of Business and Information Systems
    Flowers Foods, Inc.
    c/o Defendants' Counsel Ogletree Deakins

16. Don Adkins
    Distributor Coordinator
    Flowers Baking Co. of Opelika, LLC
    c/o Defendants' Counsel Ogletree Deakins

17. Charles Morrow

18. Michael Overton

19. James Marty Smith

20. Dwayne Cleveland

21. Michael Smith

22. Mark Murphy

23. Doug Branch

24. Lew Baxter

25. Ricky Small

26. Melvin Snow

27. Greg Patisaul

28. Gary Chambliss

Defendants reserve the right to call witnesses identified on Plaintiffs' witness list to the extent not otherwise objected to by Defendants.

Defendants reserve the right to supplement this witness list.

Defendants reserve the right to call as rebuttal and/or impeachment witnesses individuals not named herein.

Defendants reserve the right to present the testimony of a witness by deposition should the witness be unavailable at the time of trial.

Respectfully submitted this 17th day of April, 2008.

/s/ Kevin P. Hishta
Kevin P. Hishta
Georgia Bar No. 357410
Admitted *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA 30308
E-mail: Kevin.Hishta@ogletreedeakins.com
(404) 881-1300
(404) 870-1732 Fax

Sandra B. Reiss
Alabama Bar No. ASB-3650-S80S
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
e-mail:   Sandra.Reiss@odnss.com
Ph.  (205) 328-1900; Fax:  (205) 328-6000

*Counsel for Defendants, Flowers Foods, Inc.
Flowers Baking Co. of Opelika, LLC, and Flowers Baking
Co. of Thomasville, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 17th day of April, 2008, I electronically filed the foregoing Defendants' Witness List Pursuant to Fed.R.Evidence 701 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Greg L. Davis, Esq.
The Law Offices of Greg L. Davis
6987 Halcyon Park Drive
Montgomery, AL 36117

Joe R. Whatley, Jr., Esq.
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama 35203

Joseph P. Guglielmo, Esq.
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, New York 10036

Amy Lynne Weaver
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama 35203

Glen M. Connor
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama 35203

E. Kirk Wood, Esq.
Wood Law Firm, LLC
PO Box 382434
Birmingham, Alabama 35238-2434

                                        /s/ Kevin P. Hishta
                                        Kevin P. Hishta