IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES MORROW, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO: 3:07-cv-00617-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| FLOWERS FOODS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S WITNESS LIST PURSUANT TO FED.R.EVIDENCE 701**

**COMES NOW** Plaintiffs, Charles Morrow, Michael Overton, Greg Patisaul, Lew Baxter, Melvin Snow, Ricky Small, Michael Small, Mark Murphy, James Marty Smith, Gary Chambliss, and Dwayne Cleveland, pursuant to this Court's Uniform Scheduling Order dated September 13, 2007, and submits its witness list pursuant to Fed.R.Evidence 701.

1. Steve Bordeaux
   President
   Flowers Baking Co. Of Opelika, LLC
   c/o Defendants' Counsel Ogletree Deakins

2. Michael Lord
   Vice President of Sales
   Flowers Baking Company of Opelika, LLC
   c/o Defendants' Counsel Ogletree Deakins

3. Mickey Miller
   President
   Flowers Baking Co. of Thomasville, LLC
   c/o Defendants' Counsel Ogletree Deakins

4. Norris McDaniel
   Vice President of Sales
   Flowers Baking Co. of Thomasville, LLC
   c/o Defendants' Counsel Ogletree Deakins

5. Chuck Rich
   Vice President of Distributor Operations
   Flowers Foods Bakeries Group, LLC
   c/o Defendants' Counsel Ogletree Deakins

6. Karyl Lauder
   Vice President and Chief Accounting Officer
   Flowers Foods, Inc.
   c/o Defendants' Counsel Ogletree Deakins

7. David Roach
   President
   Flowers Baking Co. of Villa Rica, LLC
   c/o Defendants' Counsel Ogletree Deakins

8. Grady Messer
   Director of Sales
   Flowers Baking Company of Opelika, LLC
   c/o Defendants' Counsel Ogletree Deakins

9. Jerry Woodham
   Controller
   Flowers Baking Company of Opelika, LLC
   c/o Defendants' Counsel Ogletree Deakins

10. Ricky Ward
    Director of Sales
    Columbus, Georgia Warehouse
    Flowers Baking Company of Opelika, LLC
    c/o Defendants' Counsel Ogletree Deakins

11. Johnny Shepard
    Director of Distributor Relations
    Flowers Baking Co. of Thomasville, LLC
    c/o Defendants' Counsel Ogletree Deakins

12. Bonnie Harrison
    Controller
    Flowers Baking Co. of Thomasville, LLC
    c/o Defendants' Counsel Ogletree Deakins

13. John Renfroe
    Sales Manager, Branch 64
    Montgomery/Troy Warehouse
    Flowers Baking Co. of Opelika, LLC
    c/o Defendants' Counsel Ogletree Deakins

14, Calvin Rhodes
    Former President

        Flowers Baking Co. of Opelika, LLC
        c/o Defendants' Counsel Ogletree Deakins

15. Vyto Razminas
    Chief Information Officer and Vice President of Business and Information Systems
    Flowers Foods, Inc.
    c/o Defendants' Counsel Ogletree Deakins

16. Don Adkins
    Distributor Coordinator
    Flowers Baking Co. Of Opelika, LLC
    c/o Defendants' Counsel Ogletree Deakins

17. Charles Morrow
    c/o Plaintiff's Counsel

18. Michael Overton
    c/o Plaintiff's Counsel

19. James Marty Smith
    c/o Plaintiff's Counsel

20. Dwayne Cleveland
    c/o Plaintiff's Counsel

21. Michael Smith
    c/o Plaintiff's Counsel

22. Mark Murphy
    c/o Plaintiff's Counsel

23. Lew Baxter
    c/o Plaintiff's Counsel

24. Ricky Small
    c/o Plaintiff's Counsel

25. Melvin Snow
    c/o Plaintiff's Counsel

26. Greg Patisaul
    c/o Plaintiff's Counsel

27. Gary Chambliss
    c/o Plaintiff's Counsel

28. All route distributors that have distributed for Flowers Baking Company of

Opelika, LLC.

29. All route distributors that have distributed for Flowers Baking Co. of Thomasville, LLC.

Plaintiffs reserve the right to call witnesses identified on Defendants' witness list to the extent not otherwise objected to by Plaintiffs.

Plaintiffs reserve the right to supplement this witness list.

Plaintiffs reserve the right to call as rebuttal and/or impeachment witnesses individuals not named herein.

Plaintiffs reserve the right to present the testimony of a witness by deposition should the witness be unavailable at the time of the trial.

Respectfully submitted this the 17th, day of April, 2008.

/s/ GREG L. DAVIS
Greg L .Davis (asb-8134-i71g)
One of the Attorneys for the Plaintiff

**OF COUNSEL:**

THE LAW OFFICES OF GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
334-832-9080
gldavis@knology.net

WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000
Birmingham, Alabama  35203
Telephone: (205) 328-9576
Joe R. Whatley, Jr. (ASB-1222-Y69J)
jwhatley@wdklaw.com
Amy Weaver (ASB-6878-Y82A)
aweaver@wdklaw.com

WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, New York 10036
212-447-7007
Joseph P. Guglielmo
jguglielmo@wdklaw.com

LAW OFFICES OF ARCHIE LAMB
2017 2nd Avenue North
Birmingham, Alabama 35201
205-324-4644
E. Kirk Wood
ekirkwood1@cs.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 17th, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sandra B. Reiss
OLGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203

Kevin P. Hishta
OLGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
600 Peachtree Street, NE
Suite 2100
Atlanta, GA 30308

/s/ Greg L. Davis
OF COUNSEL