IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:07-cv-617-MHT |
| | ) |
| FLOWERS FOODS, INC., et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

### **ORDER**

Upon of review and consideration of Defendants' *Motion for Protective Order and/or Motion to Quash Non-Party National Accounts Subpoenas* (Doc. 103, filed April 29, 2008), it is

**ORDERED** that Defendants show cause why this motion should not be granted on or before **May 7, 2008**.

DONE this 29th day of April, 2008.

                                                /s/Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE