IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 3:07-cv-617-MHT |
| | ) |
| FLOWERS FOODS, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### **ORDER**

Upon of review and consideration of Defendants' *Motion for Protective Order and/or Motion to Quash Subpoena* (Doc. 106, filed April 29, 2008), it is

**ORDERED** that Defendants show cause why this motion should not be granted on or before **May 7, 2008**.

DONE this 30th day of April, 2008.

      /s/Terry F. Moorer
      TERRY F. MOORER
      UNITED STATES MAGISTRATE JUDGE