IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-617-MHT |
| | ) |
| FLOWERS FOODS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

Upon of review and consideration of *Defendant Flowers Baking Co. of Opelika, LLC's Motion to Compel Production of Documents* (Doc. 111, filed May 6, 2008), it is

**ORDERED** that the referenced Plaintiffs show cause why this motion should not be granted on or before **May 13, 2008**.

DONE this 6th day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE