IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES MORROW, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07-cv-617-MHT |
| | ) | |
| FLOWERS FOODS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon of review and consideration of *Plaintiffs' Motion to Extend Time to Respond to Defendant's Motion to Compel Production of Documents* (Doc. 119, filed May 12, 2008), it is **ORDERED** that the motion is **GRANTED**.  Plaintiffs shall have until **May 20, 2008** to file their response.

DONE this 12th day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE