IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CHARLES MORROW,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. 3:07-CV-617-MHT |
| ) | |
| v. ) | |
| ) | |
| **FLOWERS FOODS, INC.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT FLOWERS BAKING CO. OF OPELIKA, LLC'S NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS ONLY AS TO PLAINTIFF MARK MURPHY

COMES NOW, Defendant Flowers Baking Co. of Opelika, LLC ("Flowers/Opelika") and hereby withdraws its May 6, 2008 Motion to Compel Production of Documents from Plaintiff Mark Murphy only. Flowers/Opelika's May 6, 2008 Motion to Compel the Production of Documents from Plaintiff Ricky Small remains pending before the Court.

Respectfully submitted this the 20th day of May, 2008.

/s/ Kevin P. Hishta
Kevin P. Hishta
GA Bar No. 357410
Admitted *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
600 Peachtree Street, NE
Suite 2100
Atlanta, GA 30308
404-881-1300
404-870-1732 (fax)
Kevin.Hishta@ogletreedeakins.com

Sandra B. Reiss
Alabama Bar No. ASB-3650-S80S
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
e-mail:  Sandra.Reiss@odnss.com
Ph.  (205) 328-1900
Fax:  (205) 328-6000


*Counsel for Defendant Flowers Baking Co. of Opelika, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the <u>20th</u> day of May, 2008, I electronically filed the foregoing Defendant Flowers Baking Co. of Opelika, LLC's Notice of Withdrawal of Its Motion to Compel the Production of Documents Only As To Plaintiff Mark Murphy with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Greg L. Davis, Esq.
The Law Offices of Greg L. Davis
6987 Halcyon Park Drive
Montgomery, AL  36117

Joe R. Whatley, Jr., Esq.
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203

Joseph P. Guglielmo, Esq.
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, New York 10036

Amy Lynne Weaver
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203

Glen M. Connor
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203

E. Kirk Wood, Esq.
Wood Law Firm, LLC
PO Box 382434
Birmingham, Alabama 35238-2434

                                                   <u>/s/ Kevin P. Hishta</u>
                                                   Kevin P. Hishta