IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CHARLES MORROW, et al.,** ) | |
| Individually and on behalf of similarly ) | |
| situated employees, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO.: |
| ) | 3:07-CV-617-MHT |
| v. ) | |
| ) | |
| **FLOWERS FOODS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO EXTEND THE TIME FOR FILING OF EXPERT REPORTS

COME NOW Plaintiffs and Defendants in the above-styled action, by and through their undersigned counsel, and respectfully move this Court to extend the time for filing of expert reports, currently set for June 6, 2008, to the new date of **July 6, 2008,** or to such other time as the Court deems appropriate or necessary. As grounds for this Motion, Plaintiffs and Defendants show:

1. The additional time to file the expert reports will allow for a reasonable opportunity for the opposing side to take the depositions of those experts identified and their reports provided on July 6, 2008.

2. The deadline for merits discovery will remain as scheduled, set for June 20, 2008.

2. Counsel for Plaintiffs has communicated with counsel for Defendants, Flowers Foods, Inc, Flowers Baking Co of Thomasville, LLC, and Flowers Baking Co of Opelika, LLC, and they jointly submit this motion.

DATED: May 21, 2008

        Respectfully Submitted,

        __/s/ Amy A. Weaver_____
        Attorney for Plaintiffs

**OF COUNSEL:**

THE LAW OFFICES OF GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
334-832-9080
Greg L. Davis (ASB-8134-I71G)
gldavis@knology.net

WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000
Birmingham, Alabama 35203
205-328-9576
Joe R. Whatley, Jr. (ASB-1222-Y69J)
jwhatley@wdklaw.com
Amy A. Weaver (ASB-6878-Y82A)
aweaver@wdklaw.com

WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, New York, 10036
212-447-7007
Joseph P. Guglielmo
jguglielmo@wdklaw.com

WOOD LAW FIRM, LLC
2900 1st Avenue South, Suite A
Birmingham, Alabama 35233
205-612-0243
E. Kirk Wood (ASB-2937-W55E)
ekirkwood1@cs.com

        __/s/ Kevin P. Hishta_____
        Attorney for Defendants

**OF COUNSEL:**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Kevin P. Hishta

David H. Grigereit
600 Peachtree Street, NE
Suite 2100
Atlanta, Georgia 30308
404-881-1300
Kevin.Hishta@ogletreedeakins.com
David.Grigereit@ogletreedeakins.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Sandra B. Reiss
Christopher W. Deering
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
205-328-1900
Sandra.Reiss@odnss.com
Chris.Deering@odnss.com