IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-617-MHT |
| | ) |
| FLOWERS FOODS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### **ORDER**

Pending before the Court is *Defendant Flowers Baking Co. Of Opelika, LLC's Notice of Withdrawal of its Motion to Compel Production of Documents Only as to Plaintiff Mark Murphy* (Doc. 123, filed May 20, 2008) which has been construed as a "Motion to Withdraw." For good cause, it is **ORDERED** that the motion is **GRANTED**. The motion is still pending as to Plaintiff Ricky Small.

DONE this 21st day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE