IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-617-MHT |
| | ) |
| FLOWERS FOODS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

Upon of review and consideration of *Plaintiffs' Unopposed Motion to Extend the Time Allowed to Respond to Defendant's Motion to Compel Production of Documents* (Doc. 124, filed May 20, 2008), it is **ORDERED** that the motion is **GRANTED**. Plaintiffs shall have until **May 27, 2008** to file their response.

DONE this 21st day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE