IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-617-MHT |
| | ) |
| FLOWERS FOODS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

Pending before the Court is *Defendant Flowers Baking Co. of Opelika, LLC's Motion to Withdraw its Motion to Compel Production of Documents from Plaintiff Ricky Small Without Prejudice* (Doc. 128, filed May 23, 2008). For good cause, it is **ORDERED** that the motion is **GRANTED**.

DONE this 23rd day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE