IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES MORROW, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07-cv-617-MHT |
| | ) | |
| FLOWERS FOODS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Pending before the Court are Defendants "Motion for Protective Order and/or Motion to Quash Subpoena" relating to Zarco, Einhorn, & Salkowski (Doc. 106, filed April 29, 2008), "Brief in Support" (Doc. 107), Plaintiffs' "Response" (Doc. 116, filed May 7, 2008), and Defendants' "Reply" (Doc. 117, filed May 8, 2008). For good cause, it is **ORDERED** that the parties[1] shall convene for a hearing on the motion on **June 3, 2008 at 10:00 a.m.** The hearing shall be held in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 28th day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] A representative from Zarco, Einhorn, & Salkowski is not required to be present, but is welcome to attend either in person or by telephone.