## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 9, 2008

# NOTICE OF NON-COMPLIANCE

**To:  ALL COUNSEL OF RECORD**
**From: CLERK'S OFFICE**

**Case Style: Charles Morrow, et al vs. Flowers Food, Inc. et al**

**Case Number: 3:07cv617-MHT**

**Referenced Pleading: Document #135- Objection to and Response to Notice of Production and Inspection of Property of Plaintiff Lew Baxter**

**The referenced pleading was electronically filed on \*\*\*June 6, 2008\*\*\* in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

**\*\*\*\*\*This pleading is discovery and is not allowed pursuant to Local Rule 5.1 Non-Filing of Civil Discovery.**

**The pleading is hereby STRICKEN from the record and the  parties are instructed to disregard the entry of this pleading on the court's docket.  Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.**