IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07-cv-617-MHT |
| | ) |
| FLOWERS FOODS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

Upon of review and consideration of *Plaintiffs' LLC's Motion to Compel Answers to Plaintiffs' Third Intterogatories [sic]* (Doc. 137, filed June 9, 2008), it is **ORDERED** that Defendants show cause why this motion should not be granted **on or before June 16, 2008**.

DONE this 9th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE