**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **CHARLES MORROW, et al.,** ) | |
| ) | |
| ) | **CIVIL ACTION NO: 3:07-CV-617-MHT** |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **FLOWERS FOODS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**JOINT MOTION FOR EXTENSION OF TIME OF TWENTY DAYS TO
CONLUDE MERITS DISCOVERY**

COME NOW the parties and jointly move this Honorable Court to allow the parties 20 additional days to conclude merits discovery moving the merits discovery deadline from June 20, 2008, to July 10, 2008. This extension will not interrupt or extend any other deadlines set forth by the Court. In support of this Motion, the parties state as follows:

1. The parties have requested a number of documents and other information through discovery that have not yet been produced, although the parties are working on gathering the documents and compiling the information. Additionally, some of the depositions have had to be rescheduled due to unforeseen circumstances such as accident and other issues, and certain additional depositions testimony may be necessary.

2. At this time, the deadline for summary judgment is not until February 20, 2009, and the pretrial is not set until May 21, 2009.

3. As such, extending the discovery by 20 days shall not disrupt any existing deadlines or extend any deadlines in this case.

WHEREFORE, the parties jointly respectfully request that this Honorable Court extend the merits discovery deadline from June 20, 2008, to July 10, 2008.

Dated this the 12th day of June, 2008.

**THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE AND HAVE AGREED THAT:**

**Sandra B. Reiss will e-file the foregoing Joint Motion. Specifically, the above is agreed to by:**

Greg L. Davis, Esq.
 The Law Offices of Greg L. Davis
6987 Halcyon Park Drive
Montgomery, AL  36117
gldavis@knology.net

Joe R. Whatley, Jr., Esq.
 Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203
jwhatley@wdklaw.com

Joseph P. Guglielmo, Esq.
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, New York  10036
jguglielmo@wdklaw.com

Amy Lynne Weaver
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203
aweaver@wdklaw.com

E. Kirk Wood, Esq.
 Wood Law Firm, LLC
P. O. Box 382434
Birmingham, Alabama 35238-2434
**Counsel for Plaintiffs**

s/ Sandra B. Reiss
Sandra B. Reiss (ASB-3650-S80S)
Christopher W. Deering (ASB-5555-I71C)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
E-mail: Sandra.Reiss@odnss.com
E-mail: Chris.Deering@odnss.com
Ph. (205) 328-1900
Fax (205) 328-6000

And

s/ Kevin P. Hishta
Kevin P. Hishta
Georgia Bar No. 357410
Admitted *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA   30308
E-mail:  Kevin.Hishta@ogletreedeakins.com

**Counsel for Defendants**