```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005500
Cashier ID: khaynes
Transaction Date: 06/13/2008
Payer Name: OGLETREE DEAKINS NASH SMOAK
------------------------------------
PRO HAC VICE
 For: MARGARET EARLS SANTEN
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 82016800
 Amt Tendered:  $50.00
------------------------------------
Total Due:       $50.00
Total Tendered: $50.00
Change Amt:      $0.00

3:07-cv-00617-MHT-TFM
```

Morrow et al v. Flowers Foods, Inc. et al