IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHARLES MORROW, *et al.*,                 )
                                          )
    Plaintiffs,                           )
                                          )
v.                                        )       CIVIL ACTION NO. 3:07-cv-617-MHT
                                          )
FLOWERS FOODS, INC., *et al.*,            )
                                          )
    Defendants.                           )
                                          )

## <u>ORDER</u>

Upon of review and consideration of *Defendants' Unopposed Motion to Extend Deadline to File Response to Plaintiff's Motion to Compel Answers to Plaintiffs' Third Interrogatories* (Doc. 143, filed June 16, 2008), it is **ORDERED** that the motion is **GRANTED**. Plaintiffs shall have until **June 19, 2008** to file their response.

DONE this 17th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE