**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                   TELEPHONE (334) 954-3600

June 19, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Morrow et al v. Flowers Foods, Inc. et al

Case Number:    3:0cv00617-MHT

Referenced Pleading:    Reply Briefs

Docket Entry Number:    146 & 147

**The referenced pleadings were filed on \*\*\*June 18, 2008\*\*\* in this case and are hereby STRICKEN as duplicate docket entries.  These pleadings were E-filed by counsel erroneously without contacting the Clerk's Office for proper correction.**

**Docket Entries 146 & 147 were erroneous duplicate docket entries.  Parties are instructed to disregard # 146 & # 147 docketing entries and refer to docket entry # 145 for correct entry.**