IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, et al., Individually and on behalf of similarly situated employees, | ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO.: ) 3:07-CV-617-MHT |
| v. | ) ) |
| FLOWERS FOODS, INC., et al., | ) ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION TO WITHDRAW ITS MOTION TO COMPEL ANSWERS TO PLAINTIFFS' THIRD INTERROGATORIES WITHOUT PREJUDICE**

COME NOW Plaintiffs in the above-styled action and hereby move to withdraw their June 9, 2008 Motion to Compel Answers to Plaintiffs' Third Interrogatories without prejudice to refilling such Motion after further discovery.

Respectfully submitted this the 19th day of June, 2008.

　　　　　　　　　　　　　　　　__/s/ Amy A. Weaver_

**OF COUNSEL:**

THE LAW OFFICES OF GREG L. DAVIS
6987 Halcyon Park Drive
Montgomery, Alabama 36117
334-832-9080
Greg L. Davis
gldavis@knology.net

WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000
Birmingham, Alabama 35203
205-328-9576

Joe R. Whatley, Jr.
jwhatley@wdklaw.com
Amy A. Weaver
aweaver@wdklaw.com

WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, New York, 10036
212-447-7007
Joseph P. Guglielmo
jguglielmo@wdklaw.com

WOOD LAW FIRM, LLC
2900 1st Avenue South, Suite A
Birmingham, Alabama 35233
205-612-0243
E. Kirk Wood
ekirkwood1@cs.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 19, 2008, a copy of the foregoing was served on the following counsel via the CM/ECF electronic filing system:

Sandra B. Reiss
Christopher W. Deering
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
205-328-1900
Sandra.Reiss@odnss.com
Chris.Deering@odnss.com

Kevin P. Hishta
David H. Grigereit
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
600 Peachtree Street, NE
Suite 2100
Atlanta, Georgia 30308
404-881-1300
Kevin.Hishta@ogletreedeakins.com
David.Grigereit@ogletreedeakins.com

                                                                          /s/ Amy A. Weaver
                                                                         OF COUNSEL