IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES MORROW, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07-cv-617-MHT |
| | ) | |
| FLOWERS FOODS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

Pending before the Court is *Plaintiffs' Motion to Withdraw its Motion to Compel Answers to Plaintiffs' Third Interrogatories Without Prejudice* (Doc. 149, filed June 19, 2008). For good cause, it is **ORDERED** that the motion is **GRANTED**.

DONE this 20th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE