IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CHARLES MORROW, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:07cv617-MHT |
| ) | |
| FLOWERS FOODS, INC., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the joint motion for extension of time to conclude merits discovery (doc. no. 141) is granted.

DONE, this the 23rd day of June, 2008.

                               /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE