IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **CHARLES MORROW, et al.,** | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:07cv617-MHT |
| | ) | |
| **FLOWERS FOODS, INC.,** | ) | |
| **et al.,** | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 140) is granted.

DONE, this the 23rd day of June, 2008.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**