UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CHARLES MORROW,** *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO: 3:07-cv-00617-MHT |
| v. ) | |
| ) | |
| **FLOWERS FOODS, INC.,** *et al.,* ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR WITHDRAWAL OF DAVID H. GRIGEREIT AS COUNSEL OF RECORD

Come now Defendants, Flowers Foods, Inc., Flowers Baking Company of Opelika, LLC, and Flowers Baking Company of Thomasville, LLC, by and through Sandra B. Reiss of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and hereby move for withdrawal of David H. Grigereit as counsel of record in the above-styled action. As grounds, Defendants state as follows:

1.  David H. Grigereit is no longer practicing with the undersigned firm, effective the week of August 25, 2008.

2.  As such, Mr. Grigereit will be unable to continue to represent the Defendants in this matter.

WHEREFORE, Premises Considered, Defendants hereby request the name of David H. Grigereit be removed as counsel of record in this action.

/s/ Sandra B. Reiss
Sandra B. Reiss (ASB-3650-S80S)
Christopher W. Deering  (ASB-5555-I71C)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
E-mail:  Christopher.Deering@odnss.com
E-mail: Sandra.Reiss@odnss.com
Ph. (205) 328-1900
Fax (205) 328-6000

And

Kevin P. Hishta
Georgia Bar No. 357410
Admitted *Pro Hac Vice*
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
Bank of America Plaza
600 Peachtree Street, NE
Suite 2100
Atlanta, GA  30308
E-mail: Kevin.Hishta@ogletreedeakins.com
(404) 881-1300
(404) 870-1732 Fax; and

*Counsel for Defendants,  Flowers Foods, Inc., Flowers Baking Co. of Opelika, LLC, and Flowers Baking Co. of Thomasville, LLC*

**CERTIFICATE OF SERVICE**

 I hereby certify that on this the 3rd day of September, 2008, I electronically filed the foregoing Defendant Flowers Foods, Inc.'s, Flowers Baking Co. of Opelika, LLC's, and Flowers Baking Co. of Thomasville, LLC's ***Motion for Withdrawal of David H. Grigereit as Counsel of Record*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Greg L. Davis, Esq.
The Law Offices of Greg L. Davis
6987 Halcyon Park Drive
Montgomery, AL  36117

Joe R. Whatley, Jr., Esq.
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203

Joseph P. Guglielmo, Esq.
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, New York 10036

Amy Lynne Weaver
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203

Glen M. Connor
Whatley Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, Alabama  35203

E. Kirk Wood, Esq.
Wood Law Firm, LLC
PO Box 382434
Birmingham, Alabama 35238-2434

            /s/ Sandra B. Reiss
            Sandra B. Reiss