IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

CHARLES MORROW, et al.,          )
                                 )
     Plaintiffs,                 )
                                 )          CIVIL ACTION NO.
     v.                          )            3:07cv617-MHT
                                 )                 (WO)
FLOWERS FOODS, INC.,             )
et al.,                          )
                                 )
     Defendants.                 )

DISMISSAL ORDER AND JUDGMENT

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that:

(1) Plaintiff Michael Smith's motion to dismiss his claims voluntarily (Doc. 258), which is unopposed, is granted.

(2) All claims brought by plaintiff Michael Smith are dismissed with prejudice, with each party to bear his/its own costs and fees, and plaintiff Smith is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 12th day of August 7, 2026.

_/s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE

2