IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DONNA LYNN BLANCHARD, as Personal Representative of the Estate of Charles Morrow, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv617-MHT (WO) |
| FLOWERS FOODS, INC., et al., | ) | |
| Defendants. | ) | |

ORDER APPROVING SETTLEMENT AGREEMENT

This case is before the court on the joint motion for approval of a Fair Labor Standards Act settlement. The court has carefully reviewed the motion and memorandum in support of the motion (Doc. 266 & Doc. 267), the settlement agreement (Doc. 267-1), the entire record, and the applicable law. For the reasons set forth in the motion and supporting memorandum, which thoroughly and persuasively addressed the relevant factors, *see Leverso v. SouthTrust Bank of Ala., Nat.*

*Ass'n*, 18 F.3d 1527, 1530, n.6 (11th Cir. 1994), the court finds that the settlement agreement is not a product of collusion, and is a fair and reasonable resolution of the parties' bona fide dispute over potential liability and damages in this case. Therefore, the court will approve the settlement.

Accordingly, it is ORDERED that:

(1) The joint motion for approval of the settlement is granted.

(2) The settlement agreement, and the distribution of the settlement amount to the plaintiffs as set forth in the settlement agreement, are approved.

(3) In a separate order, the court will dismiss this case. After dismissal, the court shall retain jurisdiction to enforce the settlement agreement.

DONE, this the 5th day of October, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE