IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DONNA LYNN BLANCHARD, as Personal Representative of the Estate of Charles Morrow, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv617-MHT (WO) |
| FLOWERS FOODS, INC., et al., | ) | |
| Defendants. | ) | |

DISMISSAL ORDER AND JUDGMENT

This case having been fully resolved by the parties' settlement agreement (Doc. 267-1), and at the request of the parties, it is ORDERED and ADJUDGED that:

(1) This action is dismissed with prejudice as to the plaintiffs.

(2) This action is dismissed without prejudice as to all individuals similarly situated to the plaintiffs.

**(3) The court retains jurisdiction to enforce the settlement agreement.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 5th day of October, 2026.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**